

# In the Missouri Court of Appeals
# Eastern District

JANUARY 7, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED99515      NURDIN BEGANOVIC, APP V. MILLSAP & SINGER, RES

2.      ED99763 SPEARTIP TECH, APP V. D. WREN, ET AL, RES/CRS-APP